# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
APR 22 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## CRIMINAL MINUTES - GENERAL

Case No. 2:20MJ-1806-DUTY    Date 4/22/2020

Title   United States v. Kevin Raynard Diggs, Jr.

---

Present: The Honorable  Gail J. Standish

~~Earlene Carson~~ S. Lorenzo                              n/a
Deputy Clerk                                        Court Reporter / Recorder

Attorneys Present for Government:            Attorneys Present for Defendant:

n/a                                          n/a

**Proceedings:**   (IN CHAMBERS) ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that

A.  ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☐ Lack of bail resources

☐ Refusal to interview with Pretrial Services

☐ No stable residence or employment

☒ Previous failure to appear or violations of probation, parole, or release

☐ Ties to foreign countries

☒ Allegations in petition

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No.: 20-1806M

Date: 4/22/2020

Title: United States v. Diggs Jr.

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Nature of previous criminal convictions

☒ Allegations in petition

☒ Substance abuse

☒ Already in custody on state or federal offense

☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending ~~further proceedings~~ his initial appearance in the charging district. Defendant is to have a detention hearing/bail hearing at initial appearance.